Thank you, Howard. First, I'd like to point out in terms of two of the major briefs that we're going to be discussing today, and then I'll go to Nancy. The first one here on a summary check of the DOJ audit findings that was hard, and also a very significant suspicion of fraud in the United States, which makes this just one of the most important things that we've done in the year. In addition, the participant that the summary check was based on, however, the participant that we heard about in the media this morning, which I was quite sincere in saying, it's consistent with this entire speech that arises over a few years, if I'm not mistaken, over a year and a half, where the general public's opinion, the public's expectations, or some of the first impressions of this is very important. And also, there's a big security system involved in this area. Yet, the court in this very quarter says it's all happening because she was in charge of the institution that had her in on this charge. And by the times that we've been doing this, everyone in our view wasn't secure in this case. But that's just the first image. She, as we've discussed in the evidence that we're following here, she was constructive in the follow-up orders and has managed, I think, in order to make those findings, people to be entirely and completely discounted. I think it's just a huge loss for people to be discounted in this way. I'm going to leave the witness, Dr. Margo, to Mr. Mario McNamara. OK. Thank you. OK. Yes, ma'am. OK. I was going to ask, Mr. McNamara, does that mean she's not your client? Yes, ma'am. Mr. McNamara, I'm sorry. Are you her client? Yes, ma'am. OK. The evidence of this just now, the court in fairness, puts it down to me, but I don't know if it will all be able to answer to the question. As a child, the police are called. They are told that there's some sensitive photos of this. And I'm filing them. And I'm following the right agenda instructions. And then there's a 16-day court. Oh, OK. I understand. I understand. It's legal. Yes. It's legal. The call comes in, and the police department comes in. They're told. They go on the plane. They take her off the plane. They're on the plane? Yes, ma'am. They take her off the plane. They take her off the plane. She's in handcuffs. And she's in handcuffs.  And she's in handcuffs. Oh, my God. She's in handcuffs. She's taking her purse. And then they take her. We can't prove it. We can't prove all that. She is clearly in the storehouse. She's in the West. She's in the still. And it is with her son. She's in the home. And they hand them a plane. And there's a plane that has 100 plus people on it. Of course, it's an arrest. And to take someone, and steer them, and hold them off the plane, and then take the handcuffs off. Why is it an arrest? You know, there are a few things on the plane. And first of all, sitting down at the door opening, they are not concerned. They understand. They're safe. And the first question is, do you have any thoughts? Do you have any intentions? What do you want us to do? And the captain says, here's your spot. So, we do have a question. What do you want us to do? Or do you have any thoughts? What do you want us to do? What happened was, the flight attendants reported this terrorist encounter. You can see it on the screen. It's very interesting. And it's like getting into your DNA. People are trying to get to know each other. They're hostile to each other. They're trying to get to know each other. So, it's very clever information. It's a whole deep-dive into each other. It can be a very serious problem. And these agents go out there, and they're going to use this problem to ask them what do you want us to do? And who's responsible? And the captain is this very responsible for controlling the media. It's just the city. And the first question we have is, what do you want us to do? And that's what I heard. I heard this is crazy. I thought this was funny. What did he got to do? Well, people were fighting each other. The captain says this. And he says it. So, I'm going to listen very carefully. And further on, it was still investigating why are we not going on to find scenes. However, saying that, I was left to question the agency's request to do it. So, I'll turn it over to you. I'll go over it in a very short period of time. It's a great interview. It's going to be a great interview. And I'm going to look at that. But it's a process. I'm going to take a deep breath. I'm going to swallow up. It's funny. He has such a great answer. And I'm going to ask him to give us a quick answer in order to continue to show us the request that you had put in. And what it is that he's dealing with. We don't do phone calls. I've seen him in theaters for a long time. We don't do phone calls. I've seen him. I've seen him. I've seen him in a lot of different places in my life. I've been on stage with him over the years. And he was separating out each of them since like his first step of being the group leader. So it was all very interesting to me. But their client, based on the information that they had, in SGRD, they did not have alcohol costs. But it's actually been one of the most related to the statement that this is America. There's no law in this city. Before the door was opened. So what do you think? What do you think? Do you agree with what he's saying? Unless something's changed in America, if anything's changed in America, the door opens and they arrest her. My question is this. I mean, it's not going to get better. It's going to get stronger. But it's pretty suspicious. I mean, you can see a lot of things in the news. I mean, people are pretty suspicious that there are drug lords out there. What do you do when there's an airplane that's supposed to stop it? So it seems to me you have a situation here where they don't know what the extent of the hate is. Well, the thing that we're told that there's a safety issue right now. We don't know that. We just know that's what they said. And it just happens. You can't believe that. But as far as the officers are concerned, they know each interview to the interviewer. And they're like picking on the plane and everything because they don't know what the situation is. And they have other passengers sitting there. And they want to make sure that it isn't like it's an airplane or something. I think they could have the concern that it's the two people on the plane. They should be able to fly. It's going to take some time for the plane to shut off. We didn't see any reason why they were on the plane to make sure that this was going to be interrupted. Do you think you could do better? My question is, do you think you could do better when there's more people on the plane? I can't think of a better future than a plane that's just here. I think we're beyond the world where it exists. Where you're finding refugees and terrorists just everywhere. And when you're shopping malls, you can find them everywhere. So, you can just try to do these things in public areas. So, when we used to go, we were at the top of some other places. So, I'm not saying that it's no big deal. It's not a big deal. There are other decisions to be made. There's a new agency. There's a new office. There's a new desk. There's a person there. There are a lot of scientists involved. I think that interview is better than looking at a person on the plane getting into a more private area because there's a lot of costs to the interview. I think that interviewing, rather than doing it with a hundred and sixty five people who are training involved in the medics and the consults and the patients and getting out of the doors, I think it keeps the people in here to fall under the influence. I think you can. There are a few times in the crisis where we're not able to speak to the situation that we're in. Okay. I'm just interested to know if there was any decision that you made to listen to the responders and to explain that the medics and the patients were being hurt and they wanted the officers to take them off to push them out of the vehicle. Correct. Was that necessary to arrest or to stop? Absolutely not. Basically, that's the whole issue. I think that is the issue that is so strongly raised and is very, very intense in this case. We need to have the jury's side on these cases. Even when we get to the role of capital in all of this and where the normal parties will ask themselves these kind of questions on this, it's much more difficult to try and take action based upon acting under essential duties that are set on the rule. They are deciding on what they're deciding to do based upon what the police tell them to do. They're defending the interrogation because they're the police officers of the interrogation. They are asked that the police also advocate what it was to arrest the death. I think that it's better to put it to the jury and say that the jury is serious about it. It's my position that if you want to arrest someone, it's better to arrest. If you want to get the opportunity  forcefully in  at the end of the day, we have to say no. Mm. But then there's a point where the investor stands the conscience of the detainee who's going to do the investigation and he should go ahead and say no to the arrest so they don't have to do the    the investigator   do the investigation and he should go ahead and say no to the arrest so they don't have to do the investigation. And then she continues, that's fine, I'm going to arrest you because    going to save you a lot of money. And then she continues, fine, I'm going to save you a lot of money.  then she continues, that's  to   a lot of money. And then she continues, that's fine, I'm going to save you a lot of money.  then she continues, that's fine,      a lot of money. And then she continues, that's fine, I'm going to save you a lot of money. And then she continues,  fine, I'm going to   a lot of money. And then she continues, that's fine, I'm going to save you a lot of money.  then  continues, that's fine, I'm
judges: McKeown, Wardlaw, Tallman